FRANK C. DRAKE et al., Respondents, *v.* WHITE SEWING MACHINE COMPANY, Appellant.

*Drake* v. *White Sewing Machine Co.*, 133 App. Div. 446, affirmed.
(Submitted October 19, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 24, 1909, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to recover money deposited as part payment for automobiles to be furnished under a contract of agency, which contract was thereafter terminated by the defendant.

*H. W. Coley* for appellant.

*E. L. Hunt* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.

---

TULI GOLDENTHAL et al., Composing the Firm of GOLDENTHAL BROTHERS, Respondents, *v.* KALMAN POPPER, Appellant.

*Goldenthal* v. *Popper*, 130 App. Div. 902, affirmed.
(Submitted October 19, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1909, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for goods alleged to have been sold and delivered.

*Joel Krone* for appellant.

*Eugene I. Yuells* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and CHASE, JJ.